# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| KULVINDER SINGH GHOTRA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.:4:19-cv-01498-LSC-JEO |
| ) | |
| WILLIAM P. BARR, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On October 15, 2019, the magistrate judge filed a report and recommendation that this petition for habeas corpus relief, filed pursuant to 28 U.S.C. § 2241, be dismissed as moot due to the petitioner's October 2, 2019, release from ICE custody and removal to his native country of India. (Doc. 7). No party filed timely objections, although advised of their right to do so.[1]

Having now carefully reviewed and considered *de novo* all the materials in the file, the Court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The Court finds that the writ of habeas corpus is due to be **DISMISSED AS MOOT**.

---

[1] The Court notes that various pleadings sent to the petitioner has been returned as undeliverable due to the fact that he has been released. (*See* Docs. 8 &9).

1

The Court will enter a separate Final Order.

**DONE** AND **ORDERED** ON NOVEMBER 12, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
160704